## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/11
```

July 28, 2011

By Fax

The Hon. Harold Baer, Jr.
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, New York 10007-1312

      Re:    *Elliott Associates, L.P. et al. v. Porsche Automobil Holding SE et al.*,
            Case No. 10. Civ. 0532 (HB)

Dear Judge Baer:

      On behalf of Defendant Porsche Automobil Holding SE ("Porsche"), I respectfully write to request that the Court order that a typographical error in one of the party's names be corrected in the docket sheet in the above-referenced case.

      This case, which the Court ordered dismissed on December 30, 2010, currently is on appeal to the United States Court of Appeals for the Second Circuit. This morning, the Clerk's Office for the Second Circuit rejected the filed briefs of Appellees Porsche, Wendelin Wiedeking, and Holger Härter because the briefs' covers did not list as a party in the caption "Porsche AG Wendelin Wiedeking, Defendant." The Clerk's Office advised that, although this name appears in the caption on appeal erroneously, the caption cannot be changed unless the caption in the case before Your Honor is changed first.



MEMO ENDORSED

The Hon. Harold Baer, Jr.                                                              -2-

       Accordingly, Porsche respectfully requests that the Court order that the name in the docket sheet of Consolidated Defendant "Porsche AG Wendelin Wiedeking" be changed to "Wendelin Wiedeking." (A copy of the relevant page of the docket sheet is attached to this letter.)

       Counsel for the Plaintiffs consent to this request.

Respectfully,

Robert J. Giuffra, Jr.

SO ORDERED: 28 JUL 2011

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Part I

Enclosure

cc:  Mr. James B. Heaton, III (via email)
     Mr. David Parker (via email)
     Mr. James J. Sabella (via email)
     Mr. Thomas E. Redburn, Jr. (via email)
     Mr. Marc L. Greenwald (via email)
     Mr. James F. Bennett (via email)
     Mr. Scott D. Musoff (via email)
     Mr. Paul C. Curnin (via email)